Peter Kagel SBN 53844
1550 Bay Street, Suite 430
San Francisco, CA 94123
(415) 346-9217
Fax: (415) 346-5566
reminds@mindspring.com

Walter C. Cook SNB 111330
Law Offices of Walter C. Cook
1500 20th Street
San Francisco, CA 94197
(415) 920-0423
Fax: (415) 920-0427
Wcook1@mindspring.com

Attorneys for Plaintiff
Geoffrey Sauvageau

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GEOFFREY SAUVAGEAU<br><br>Plaintiff,<br><br>v.<br><br>CAZADERO PERFORMING ARTS CAMP INC. and DOES 1 – 20, INCLUSIVE,<br><br>Defendants. | Case No.  3:09-cv-02761-SC<br><br>NOTICE OF VOLUNTARY DISMISSAL<br><br>*IT IS SO ORDERED*<br>Judge Samuel Conti |

NOTICE IS HEREBY GIVEN that pursuant to Federal of Civil Procedure 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

September 7, 2009

*/s/ Peter Kagel*
Peter Kagel
Attorney for Plaintiff

1
VOLUNTARY DISMISSAL